# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH GRABOWSKI<br>    Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 16-5472 |
| DIETZ & WATSON, INC.<br>    Defendant. | : | |

## ORDER

AND NOW, this 27th day of September, 2017, it is hereby ORDERED that upon consideration of Defendant's Motion to Dismiss Count IV of Plaintiff's Complaint (ECF No. 5) and Plaintiff's Opposition thereto (ECF No. 6), said Motion is GRANTED. It is further ORDERED that in the event Plaintiff intends to file an Amended Complaint, he shall do so **on or before October 18, 2017**.

                                              BY THE COURT:

                                              /s/ C. Darnell Jones, II  J.